**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| OFFICE OF THE CHILD ADVOCATE<br><br>Plaintiff<br><br>v.<br><br>JAY LINDGREN, JR, in his capacity as DIRECTOR OF THE DEPARTMENT OF CHILDREN, YOUTH AND FAMILIES<br><br>Defendant | : | C.A. NO. 86-0723 L |

**NOTICE OF ENTRY OF APPEARANCE**

I, Jametta O. Alston, Esq., Child Advocate hereby enter my appearance as counsel on behalf of the Office of the Child Advocate. John Dineen, Esq., will also remain as counsel for the plaintiff in this matter. There are no proceedings pending.

Respectfully submitted:

Jametta O. Alston, Esq. 3909
Child Advocate
Office of the Child Advocate
272 West Exchange St., Suite 301
Providence, RI 02903
(401) 222-6650

June 30, 2005

**CERTIFICATION**

I, the undersigned, hereby certify that I mailed a copy of the attached Stipulation to Kevin Aucoin, Esq., Dept. of Children, Youth and Families, 101 Friendship St., Providence, RI 02903 and John W. Dineen, Esq., YESSER, GLASSON & DINEEN, One Providence Washington Plaza, Providence, RI 02903 this 7th day of July, 2005.

Marianna Almeida

Marianna Almeida