**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **OFFICE OF CHILD ADVOCATE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 1:86-cv-00723-L** |
| | ) | |
| **PATRICIA MARTINEZ, IN HER CAPACITY AS DIRECTOR OF THE DEPARTMENT OF CHILDREN, YOUTH AND FAMILIES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**PLAINTIFF'S MOTION TO VACATE CONSENT DECREES AND DISMISS CASE WITHOUT PREJUDICE**

Jametta O. Alston (Bar No. 3909)
OFFICE OF CHILD ADVOCATE
272 W. Exchange St., Ste. 301
Providence, RI 02903
Tel.: (401) 222-1690
Fax: (401) 222-6652
jalston@gw.doa.state.ri.us

John William Dineen (Bar No. 2346)
305 South Main Street
Providence, RI 02903
Tel.: (401) 223-2397
Fax: (401) 223-2399
jwdineen1@yahoo.com

Plaintiff respectfully moves this Court for an Order vacating the consent decrees in this action pursuant to Federal Rule of Civil Procedure 60(b)(5) and dismissing this action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2). Plaintiff does not request oral argument or an evidentiary hearing. Plaintiffs request oral argument in the amount of 15 minutes. In support of this motion, Plaintiff states as follows:

1. As detailed in the attached Brief in Support of Plaintiff's Motion to Vacate Consent Decrees and Dismiss Case Without Prejudice, the consent decrees should be vacated because they have outlived their utility and because applying the consent decrees prospectively is no longer equitable; and

2. As further detailed in Plaintiff's brief, the action should be dismissed without prejudice because dismissal will advance the interests of justice and judicial economy and will not unduly prejudice Defendant.

WHEREFORE, Plaintiff respectfully requests that an Order be issued vacating the consent decrees in this action and dismissing this action without prejudice.

Dated:

Respectfully submitted,

OFFICE OF CHILD ADVOCATE

By its Attorneys,

__/s/ Jametta O. Alston________________
JAMETTA O. ALSTON (Bar No. 3909)
OFFICE OF CHILD ADVOCATE
272 W. Exchange St., Ste. 301
Providence, RI 02903
Tel. (401) 222-1690
Fax (401) 222-6652
jalston@gw.doa.state.ri.us

_/s/ John Dineen______________________
JOHN WILLIAM DINEEN (Bar No. 2346)
305 S. Main St.
Providence, RI 02903
Tel. (401) 223-2397
Fax (401) 223-2399
jwdineen1@yahoo.com

**CERTIFICATE OF SERVICE**

I certify that on June 28, 2007, I electronically filed the foregoing document with the Clerk of the Court, which sent notification of the filing to the following:

Kevin J. Aucoin
Legal Department
Department of Children, Youth and Families
101 Friendship St.
Providence, RI 02903
(401) 528-3570
Fax: (401) 528-3566
Email: kevin.aucoin@dcyf.ri.gov

Thomas J. Corrigan, Jr.
Legal Department
Department of Children Youth and Families
101 Friendship St.
Providence, RI 02903
(401) 528-3568
Fax: (401) 528-3566
Email: thomas.corrigan@dcyf.ri.gov

James Lee
Department of the Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400
Email: jlee@riag.ri.gov

BY: ______/s/ John Dineen_______
One of Plaintiffs' Attorneys