## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| OFFICE OF CHILD ADVOCATE, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:86-cv-00723-L |
| | ) | |
| PATRICIA MARTINEZ, IN HER | ) | |
| CAPACITY AS DIRECTOR OF THE | ) | |
| DEPARTMENT OF CHILDREN, YOUTH | ) | |
| AND FAMILIES, | ) | |
| | ) | |
| **Defendant.** | ) | |

## CONSENT ORDER OF VACATUR OF CONSENT
## DECREES AND DISMISSAL WITHOUT PREJUDICE

By agreement of the parties it is hereby ORDERED that the Consent Decree of September 26, 1988, the Amended Consent Decree of October 20, 1989, and the Second Amended Consent Decree of August 24, 2001, are VACATED pursuant to Federal Rule of Civil Procedure 60(b)(5). It is further ORDERED that this action is DISMISSED without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii).

Dated: July 24, 2007

RONALD R. LAGUEUX
So, United States District Judge

7/24/07

AGREED TO AND APPROVED FOR ENTRY:


OFFICE OF CHILD ADVOCATE

By its Attorneys,

_____
JAMETTA O. ALSTON (Bar No. 3909)
OFFICE OF CHILD ADVOCATE
John O. Pastore Center
57 Howard Avenue, 4th Floor
Cranston, RI 02920
Tel. (401) 462-4300
Fax (401) 462-4305
jalston@gw.doa.state.ri.us

_____
JOHN WILLIAM DINEEN (Bar No. 2346)
305 S. Main St.
Providence, RI 02903
Tel. (401) 223-2397
Fax (401) 223-2399
jwdineen1@yahoo.com



DEPARTMENT   OF   CHILDREN,   YOUTH
AND FAMILIES

By its Attorneys,

_____
KEVIN AUCOIN (Bar No. 3019)
Legal Department
Department of Children, Youth and Families
101 Friendship St.
Providence, RI 02903
(401) 528-3570
Fax: (401) 528-3566
Email: kevin.aucoin@dcyf.ri.gov


2

THOMAS J. CORRIGAN, JR. (Bar No. 5011)
Legal Department
Department of Children Youth and Families
101 Friendship St.
Providence, RI 02903
(401) 528-3568
Fax: (401) 528-3566
Email: thomas.corrigan@dcyf.ri.gov

3